# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 21, 2011

No. 11-40004
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERTO VERA-GONZALEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:10-CR-1279-1

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Roberto Vera-Gonzalez presents arguments that he concedes are foreclosed by *United States v. Castro-Guevarra*, 575 F.3d 550, 552-53 (5th Cir.), *cert. denied*, 130 S. Ct. 649 (2009), which held that the Texas offense of sexual assault of a child pursuant to § 22.011(a)(2)(A), (c)(1) of the Texas Penal Code is a crime of violence for purposes of U.S.S.G. § 2L1.2(b)(1)(A)(ii). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.